# Exhibit A-1

## Gallagher Bassett Expense Verification – Claimant A

PLTF-0000001

## AFFIDAVIT

STATE OF __California__ §
§  ss:
COUNTY OF __Orange__ §

COMES NOW, __Joyce deCastro__, being duly sworn, deposes and says the following:

1. I am over the age of eighteen (18) and competent to testify about the matters stated herein, which are within my personal knowledge and/or based upon the records kept in the ordinary course of business of Gallagher Bassett Services, Inc. (hereinafter "GB") for which I am the Custodian of Records.

2. GB is a global company with its North American headquarters in Rolling Meadows, Illinois and a mailing address of PO Box 2934, Clinton, IA 52733.

3. GB is the general liability and workers' compensation claims administrator for Tradesman Program Managers, LLC (hereinafter "TPM") and, in the capacity, receives records, invoices and demands for payment against TPM claims.

4. Such records, invoices and demands are received either through the United State Postal Service, another national carrier or through the internet.

5. GB thereafter remits payments via United States Postal Service or through bank wire transfer.

6. GB specifically administers a general liability claim initiated by ▇▇▇▇▇▇ and/or by and through his attorneys Gorayeb & Associates, P.C. under claim number 009129-001021-GB-01 and thereafter prosecuted by The Tadchiev Law Firm, PC and William Schwitzer & Associates, P.C.

7. GB has made at least 41 payments under the claim since March 25, 2021. The total expenses paid are at least $30,762.14, total outstanding is $79,237.86 and total expenses incurred amount to at least $110,000.00.

8. Attached is a true and correct list of all payments made under the claim through December 31, 2023.

9. To date, the claim remains open and GB continues to receive records, invoices and demands for payment.

Affiant further sayeth naught.

Date: 2-26-24

_[signature]_

---

**Expenses Affidavit**

Exhibit A-1
Gallagher Bassett Expense
Verification - Claimant A

Page 1 of 2

**PLTF-0000002**

~~SWORN TO BEFORE ME THIS _____ day of _____, 2024~~

~~_____~~
NOTARY PUBLIC                                    [seal]

See attached CA Jurat

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**                    **GOVERNMENT CODE § 8202**

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____

_____        _____
*Signature of Document Signer No. 1*      *Signature of Document Signer No. 2 (if any)*

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _____ORANGE_____

[Notary Seal: D. PATEL, Notary Public - California, Orange County, Commission # 2480604, My Comm. Expires Jan 30, 2028]

*Place Notary Seal and/or Stamp Above*

Subscribed and sworn to (or affirmed) before me
on this __26__ day of __February__, 20__24__,
by      Date           Month           Year

(1) __Joyce deCastro_____

(and (2) _____ ),
           Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature __[signature]_____
              *Signature of Notary Public*

——————— **OPTIONAL** ———————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: __Affidavit_____

Document Date: _____    Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2017 National Notary Association

**PLTF-0000004**

| Claim Number | Claimant Name | Expense Date | Check Number | Payee | Amount |
|---|---|---|---|---|---|
| | | | Gorayeb - | | |
| 009129-001021-GB-01 | | 3/25/2021 | 169851324 | NICOLETTI SPINNER RYAN GULINO PINTER LLP | $1,125.00 |
| 009129-001021-GB-01 | | 3/26/2021 | 169904514 | GALLAGHER BASSETT SERVICES INC | $1,031.00 |
| 009129-001021-GB-01 | | 5/20/2021 | 171172977 | GALLAGHER BASSETT SERVICES INC | $13.00 |
| 009129-001021-GB-01 | | 6/13/2021 | 171686335 | NICOLETTI SPINNER RYAN GULINO PINTER LLP | $1,800.00 |
| 009129-001021-GB-01 | | 6/30/2021 | 172082858 | CONNICK MYERS MCNAMEE & FITZGERALD, PLLC | $413.00 |
| 009129-001021-GB-01 | | 7/27/2021 | 172678965 | CONNICK MYERS MCNAMEE & FITZGERALD, PLLC | $227.50 |
| 009129-001021-GB-01 | | 8/24/2021 | 173329061 | NICHOLAS F. STOLFA INVESTIGAITOINC | $100.00 |
| 009129-001021-GB-01 | | 8/25/2021 | 173367564 | CONNICK MYERS MCNAMEE & FITZGERALD, PLLC | $1,582.00 |
| 009129-001021-GB-01 | | 10/6/2021 | 174268697 | CONNICK MYERS MCNAMEE & FITZGERALD, PLLC | $2,922.50 |
| 009129-001021-GB-01 | | 11/21/2021 | 0 | CONNICK MYERS MCNAMEE & FITZGERALD, PLLC | -$1,001.50 |
| 009129-001021-GB-01 | | 11/21/2021 | 0 | CONNICK MYERS MCNAMEE & FITZGERALD, PLLC | $1,001.50 |
| 009129-001021-GB-01 | | 11/21/2021 | 175353896 | CONNICK MYERS MCNAMEE & FITZGERALD, PLLC | $1,001.50 |
| 009129-001021-GB-01 | | 11/21/2021 | 0 | CONNICK MYERS MCNAMEE & FITZGERALD, PLLC | -$1,032.00 |
| 009129-001021-GB-01 | | 11/21/2021 | 0 | CONNICK MYERS MCNAMEE & FITZGERALD, PLLC | $1,032.00 |
| 009129-001021-GB-01 | | 2/1/2022 | 176875012 | CONNICK MYERS MCNAMEE & FITZGERALD, PLLC | $695.95 |
| 009129-001021-GB-01 | | 3/3/2022 | 177607512 | NY ORTHO SPORTS MEDICINE TRAUMAP.C | $459.00 |
| 009129-001021-GB-01 | | 3/4/2022 | 177638982 | EMERALD-ASSOCIATED REPORTERS,INC. | $792.00 |
| 009129-001021-GB-01 | | 3/4/2022 | 177638983 | VENTURA TRANSLATIONS,INC | $630.00 |
| 009129-001021-GB-01 | | 3/8/2022 | 177705055 | CONNICK MYERS MCNAMEE & FITZGERALD, PLLC | $3,434.00 |
| 009129-001021-GB-01 | | 5/3/2022 | 179013101 | CONNICK MYERS MCNAMEE & FITZGERALD, PLLC | $1,060.50 |
| 009129-001021-GB-01 | | 8/16/2022 | 181435765 | GALLAGHER BASSETT SERVICES INC | $13.00 |
| 009129-001021-GB-01 | | 10/2/2022 | 182507227 | CONNICK MYERS MCNAMEE & FITZGERALD, PLLC | $445.90 |
| 009129-001021-GB-01 | | 3/22/2023 | 186813403 | GALLAGHER BASSETT SERVICES, INC | $3.28 |
| 009129-001021-GB-01 | | 3/22/2023 | 186790840 | CONNICK, MYERS, MCNAMEE & FITZG | $255.72 |
| 009129-001021-GB-01 | | 3/29/2023 | 187010868 | GALLAGHER BASSETT SERVICES, INC | $6.93 |
| 009129-001021-GB-01 | | 3/29/2023 | 186992003 | CONNICK, MYERS, MCNAMEE & FITZG | $380.07 |
| 009129-001021-GB-01 | | 4/14/2023 | 0 | THE WILLIS LAW GROUP, PLLC | $713.21 |
| 009129-001021-GB-01 | | 4/14/2023 | 0 | THE WILLIS LAW GROUP, PLLC | -$713.21 |
| 009129-001021-GB-01 | | 4/14/2023 | 187458318 | THE WILLIS LAW GROUP, PLLC | $713.21 |
| 009129-001021-GB-01 | | 4/25/2023 | 187758904 | GALLAGHER BASSETT SERVICES, INC | $7.40 |
| 009129-001021-GB-01 | | 4/25/2023 | 187736580 | CONNICK, MYERS, MCNAMEE & FITZG | $362.60 |
| 009129-001021-GB-01 | | 6/16/2023 | 189194959 | COMPASS ADJUSTERS | $2,277.68 |
| 009129-001021-GB-01 | | 7/26/2023 | 190215588 | THE WILLIS LAW GROUP, PLLC | $439.96 |
| 009129-001021-GB-01 | | 10/17/2023 | 192450546 | JUDICIAL SERVICES RECORD CO | $388.27 |
| 009129-001021-GB-01 | | 10/19/2023 | 192523613 | THE WILLIS LAW GROUP, PLLC | $1,027.25 |
| 009129-001021-GB-01 | | 10/30/2023 | 192805227 | JUDICIAL SERVICES RECORD CO | $807.69 |
| 009129-001021-GB-01 | | 11/6/2023 | 192992572 | CONNICK, MYERS, MCNAMEE & FITZG | $5,029.30 |
| 009129-001021-GB-01 | | 11/6/2023 | 193010163 | GALLAGHER BASSETT SERVICES, INC | $91.70 |
| 009129-001021-GB-01 | | 11/13/2023 | 193200514 | COMPASS ADJUSTERS | $376.03 |
| 009129-001021-GB-01 | | 12/12/2023 | 193971070 | JUDICIAL SERVICES RECORD CO | $646.40 |
| 009129-001021-GB-01 | | 12/20/2023 | 194216484 | JUDICIAL SERVICES RECORD CO | $202.80 |
| | | | | **TOTAL EXPENSES PAID:** | **$30,762.14** |
| | | | | **TOTAL EXPENSES OUTSTANDING:** | **$79,237.86** |

| TOTAL EXPENSES INCURRED: | $110,000.00 |
|---|---|