# **Exhibit B-3**

# **Mail and Wire Fraud Log – Claimant C**

PLTF-0000040

**EXHIBIT B-3**

**████████████ - MAIL & WIRE FRAUD LOG**

| Claim Number | Date | From | To | Fraud Type | Contents |
|---|---|---|---|---|---|
| N/A | 12/7/2021 | Fogelgaren, Forman, and Bergman, LLP | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-3 Employee Claim |
| 009129-002296-GB-01 | 1/13/2022 | Gorayeb & Associates, P.C. | Bronx County Supreme Court and All Named Parties | Wire | Summons and Verified Complaint |
| N/A | 1/13/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.0 Doctor's Initial Report |
| N/A | 1/13/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 1/21/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 1/25/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 1/27/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 2/2/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 2/2/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 2/8/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 2/10/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 2/15/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 2/18/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 2/23/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 3/2/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 3/3/2022 | Titan Pharmacy Levron, Inc. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| N/A | 3/8/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 3/10/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 3/11/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 3/16/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 3/18/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 3/24/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 3/25/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 3/29/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 4/4/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 4/6/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 4/8/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 4/12/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |

Exhibit B-3
Mail and Fraud Log - Claimant C

| N/A | 4/15/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
|-----|-----------|------------------------------------------|-----------------------------------------------------------|------|--------------------------------------|
| N/A | 4/20/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 4/22/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.0 Doctor's Initial Report |
| N/A | 4/22/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 4/28/2022 | Titan Pharmacy Levron, Inc. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| N/A | 4/29/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 5/11/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 5/16/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 5/17/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 5/20/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 5/24/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 6/2/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 6/2/2022 | Titan Pharmacy Levron, Inc. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| N/A | 6/8/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 6/9/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 6/10/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 6/14/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 6/15/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 6/15/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Prior Authorization Request: MTG Confirmation |
| N/A | 6/17/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 6/20/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Prior Authorization Request: MTG Confirmation |
| N/A | 6/22/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 6/27/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Form C-4.2 Doctor's Progress Report |
| N/A | 7/21/2022 | Fogelgaren, Forman, and Bergman, LLP | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Subsequent Report of Injury (MTC) PY-Payment Report |
| N/A | 8/19/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| N/A | 8/19/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| N/A | 9/16/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| N/A | 9/16/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| N/A | 9/16/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| N/A | 9/23/2022 | Midtown Surgery Center | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| N/A | 10/3/2022 | Titan Pharmacy Levron, Inc. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |

| N/A | 10/3/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
|---|---|---|---|---|---|
| N/A | 10/13/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| N/A | 10/17/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| 009129-002296-GB-01 | 10/17/2022 | Gallagher Bassett Services, Inc. | GALLAGHER BASSETT SERVICES INC | Wire | Check Number 182843561 |
| N/A | 11/3/2022 | Fogelgaren, Forman, and Bergman, LLP | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Application for a Fee by Claimant's Attorney or Licensed Representative |
| N/A | 11/11/2022 | Fogelgaren, Forman, and Bergman, LLP | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Application for a Fee by Claimant's Attorney or Licensed Representative |
| N/A | 12/1/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| N/A | 12/1/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| N/A | 12/1/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| N/A | 12/7/2022 | Andrew Merola, M.D. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Prior Authorization Request: MTG Confirmation |
| N/A | 12/7/2022 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Prior Authorization Request: MTG Confirmation |
| N/A | 12/8/2022 | Fogelgaren, Forman, and Bergman, LLP | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Application for a Fee by Claimant's Attorney or Licensed Representative |
| N/A | 12/20/2022 | Andrew Merola, M.D. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| 009129-002296-GB-01 | 1/19/2023 | Gallagher Bassett Services, Inc. | GALLAGHER BASSETT SERVICES, INC | Wire | Check Number 185177690 |
| 009129-002296-GB-01 | 1/19/2023 | Gallagher Bassett Services, Inc. | NICOLETTI SPINNER RYAN GULINO P | Wire | Check Number 185152401 |
| N/A | 1/27/2023 | Titan Pharmacy Levron, Inc. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| 009129-002296-GB-01 | 2/2/2023 | Gallagher Bassett Services, Inc. | GALLAGHER BASSETT SERVICES INC | Wire | Check Number 185563365 |
| 009129-002296-GB-01 | 2/3/2023 | Gorayeb & Associates, P.C. | Bronx County Supreme Court and All Named Parties | Wire | Motion for Default Judgment and exhibits |
| N/A | 2/7/2023 | Andrew Merola, M.D. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Prior Authorization Request: MTG Confirmation |
| 009129-002296-GB-01 | 2/7/2023 | Gallagher Bassett Services, Inc. | COMPASS ADJUSTERS | Wire | Check Number 185654817 |
| N/A | 2/8/2023 | Titan Pharmacy Levron, Inc. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| 009129-002296-GB-01 | 2/9/2023 | Gallagher Bassett Services, Inc. | GALLAGHER BASSETT SERVICES, INC | Wire | Check Number 185750096 |
| 009129-002296-GB-01 | 2/9/2023 | Gallagher Bassett Services, Inc. | NICOLETTI SPINNER RYAN GULINO P | Wire | Check Number 185729101 |
| N/A | 3/14/2023 | CitiMed Complete Medical Care P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| 009129-002296-GB-01 | 3/17/2023 | Gallagher Bassett Services, Inc. | GALLAGHER BASSETT SERVICES, INC | Wire | Check Number 186698754 |
| 009129-002296-GB-01 | 3/17/2023 | Gallagher Bassett Services, Inc. | NICOLETTI SPINNER RYAN GULINO P | Wire | Check Number 186690512 |
| N/A | 3/27/2023 | Titan Pharmacy Levron, Inc. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| N/A | 4/4/2023 | Titan Pharmacy Levron, Inc. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| 009129-002296-GB-01 | 4/10/2023 | Gorayeb & Associates, P.C. | Bronx County Supreme Court and All Named Parties | Mail | Verified Bill of Particulars |
| 009129-002296-GB-01 | 4/21/2023 | Gallagher Bassett Services, Inc. | C.I.A. ADJUSTERS &INVESTIGATORS, INC. | Wire | Check Number 187657224 |
| N/A | 5/3/2023 | Titan Pharmacy Levron, Inc. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |

| 009129-002296-GB-01 | 5/9/2023 | Gorayeb & Associates, P.C. | Bronx County Supreme Court and All Named Parties | Wire | Notice of Motion to Consolidate with exhibits |
|---|---|---|---|---|---|
| N/A | 5/29/2023 | Westchester Medical Care, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| N/A | 6/1/2023 | Westchester Medical Care, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| N/A | 6/2/2023 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Prior Authorization Request: MTG Confirmation |
| N/A | 6/5/2023 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Prior Authorization Request: MTG Confirmation |
| N/A | 6/7/2023 | Westchester Medical Care, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| N/A | 6/8/2023 | Titan Pharmacy Levron, Inc. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insuracne Claim Form (bill) |
| 009129-002296-GB-01 | 6/8/2023 | Gallagher Bassett Services, Inc. | COMPASS ADJUSTERS | Wire | Check Number 188963996 |
| 009129-002296-GB-01 | 6/9/2023 | Gallagher Bassett Services, Inc. | COMPASS ADJUSTERS | Wire | Check Number 188997308 |
| N/A | 6/12/2023 | CitiMed Complete Medical Care P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insuracne Claim Form (bill) |
| 009129-002296-GB-01 | 6/13/2023 | Gallagher Bassett Services, Inc. | JUDICIAL SERVICES RECORD CO | Wire | Check Number 189075991 |
| N/A | 6/14/2023 | Titan Pharmacy Levron, Inc. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insuracne Claim Form (bill) |
| N/A | 6/19/2023 | Fogelgaren, Forman, and Bergman, LLP | Worker's Compensation Board and All Named Insureds/Carriers | Wire | First Report of Injury (MTC) 00-Original |
| N/A | 6/19/2023 | Fogelgaren, Forman, and Bergman, LLP | Worker's Compensation Board and All Named Insureds/Carriers | Wire | First Report of Injury (MTC) 02-Change |
| N/A | 6/19/2023 | Fogelgaren, Forman, and Bergman, LLP | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Subsequent Report of Injury (MTC) PY-Payment Report |
| 009129-002296-GB-01 | 6/21/2023 | Gallagher Bassett Services, Inc. | JUDICIAL SERVICES RECORD CO | Wire | Check Number 189294031 |
| 009129-002296-GB-01 | 6/22/2023 | Gallagher Bassett Services, Inc. | GALLAGHER BASSETT SERVICES, INC | Wire | Check Number 189329995 |
| 009129-002296-GB-01 | 6/22/2023 | Gallagher Bassett Services, Inc. | PILLINGER MILLER TARALLO, LLP-- | Wire | Check Number 189329996 |
| 009129-002296-GB-01 | 6/27/2023 | Gallagher Bassett Services, Inc. | JUDICIAL SERVICES RECORD CO | Wire | Check Number 189441905 |
| 009129-002296-GB-01 | 7/3/2023 | Gallagher Bassett Services, Inc. | GALLAGHER BASSETT SERVICES, INC | Wire | Check Number 189607143 |
| 009129-002296-GB-01 | 7/3/2023 | Gallagher Bassett Services, Inc. | GALLAGHER BASSETT SERVICES, INC | Wire | Check Number 189607139 |
| 009129-002296-GB-01 | 7/3/2023 | Gallagher Bassett Services, Inc. | GALLAGHER BASSETT SERVICES, INC | Wire | Check Number 189607141 |
| 009129-002296-GB-01 | 7/3/2023 | Gallagher Bassett Services, Inc. | PILLINGER MILLER TARALLO, LLP-- | Wire | Check Number 189607140 |
| 009129-002296-GB-01 | 7/3/2023 | Gallagher Bassett Services, Inc. | PILLINGER MILLER TARALLO, LLP-- | Wire | Check Number 189607144 |
| 009129-002296-GB-01 | 7/3/2023 | Gallagher Bassett Services, Inc. | PILLINGER MILLER TARALLO, LLP-- | Wire | Check Number 189607142 |
| 009129-002296-GB-01 | 7/21/2023 | Gallagher Bassett Services, Inc. | JUDICIAL SERVICES RECORD CO | Wire | Check Number 190102806 |
| N/A | 7/23/2023 | Surgicare of Westside | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Health Insurance Claim Form (bill) |
| N/A | 7/26/2023 | NY Ortho, Sports Medicine & Trauma, P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Prior Authorization Request: MTG Confirmation |
| 009129-002296-GB-01 | 8/21/2023 | Gallagher Bassett Services, Inc. | JUDICIAL SERVICES RECORD CO | Wire | Check Number 190897439 |
| 009129-002296-GB-01 | 8/24/2023 | Gallagher Bassett Services, Inc. | GALLAGHER BASSETT SERVICES, INC | Wire | Check Number 191013617 |
| 009129-002296-GB-01 | 8/24/2023 | Gallagher Bassett Services, Inc. | GALLAGHER BASSETT SERVICES, INC | Wire | Check Number 191013615 |

PLTF-0000044

| 009129-002296-GB-01 | 8/24/2023 | Gallagher Bassett Services, Inc. | PILLINGER MILLER TARALLO, LLP-- | Wire | Check Number 191013616 |
|---|---|---|---|---|---|
| 009129-002296-GB-01 | 8/24/2023 | Gallagher Bassett Services, Inc. | PILLINGER MILLER TARALLO, LLP-- | Wire | Check Number 191013618 |
| N/A | 9/5/2023 | CitiMed Complete Medical Care P.C. | Worker's Compensation Board and All Named Insureds/Carriers | Wire | Request for Decision on Unpaid Medical Bills |
| 009129-002296-GB-01 | 9/22/2023 | Gallagher Bassett Services, Inc. | GALLAGHER BASSETT SERVICES, INC | Wire | Check Number 191782960 |
| 009129-002296-GB-01 | 9/22/2023 | Gallagher Bassett Services, Inc. | GALLAGHER BASSETT SERVICES, INC | Wire | Check Number 191782970 |
| 009129-002296-GB-01 | 9/22/2023 | Gallagher Bassett Services, Inc. | GALLAGHER BASSETT SERVICES, INC | Wire | Check Number 191782972 |
| 009129-002296-GB-01 | 9/22/2023 | Gallagher Bassett Services, Inc. | PILLINGER MILLER TARALLO, LLP-- | Wire | Check Number 191782971 |
| 009129-002296-GB-01 | 9/22/2023 | Gallagher Bassett Services, Inc. | PILLINGER MILLER TARALLO, LLP-- | Wire | Check Number 191782973 |
| 009129-002296-GB-01 | 9/22/2023 | Gallagher Bassett Services, Inc. | PILLINGER MILLER TARALLO, LLP-- | Wire | Check Number 191782961 |
| 009129-002296-GB-01 | 9/28/2023 | Gallagher Bassett Services, Inc. | JUDICIAL SERVICES RECORD CO | Wire | Check Number 191939665 |
| 009129-002296-GB-01 | 10/9/2023 | Gallagher Bassett Services, Inc. | GALLAGHER BASSETT SERVICES, INC | Wire | Check Number 192222211 |
| 009129-002296-GB-01 | 10/9/2023 | Gallagher Bassett Services, Inc. | PILLINGER MILLER TARALLO, LLP-- | Wire | Check Number 192222212 |
| 009129-002296-GB-01 | 10/24/2023 | Gallagher Bassett Services, Inc. | JUDICIAL SERVICES RECORD CO | Wire | Check Number 192636149 |
| 009129-002296-GB-01 | 10/26/2023 | Gallagher Bassett Services, Inc. | GALLAGHER BASSETT SERVICES, INC | Wire | Check Number 192720989 |
| 009129-002296-GB-01 | 10/26/2023 | Gallagher Bassett Services, Inc. | PILLINGER MILLER TARALLO, LLP-- | Wire | Check Number 192720990 |
| 009129-002296-GB-01 | 10/30/2023 | Gallagher Bassett Services, Inc. | JUDICIAL SERVICES RECORD CO | Wire | Check Number 192805204 |
| 009129-002296-GB-01 | 11/6/2023 | Gallagher Bassett Services, Inc. | GALLAGHER BASSETT SERVICES, INC | Wire | Check Number 193010212 |
| 009129-002296-GB-01 | 11/6/2023 | Gallagher Bassett Services, Inc. | PILLINGER MILLER TARALLO, LLP-- | Wire | Check Number 193010213 |
| 009129-002296-GB-01 | 11/21/2023 | Gallagher Bassett Services, Inc. | JUDICIAL SERVICES RECORD CO | Wire | Check Number 193473232 |
| 009129-002296-GB-01 | 11/29/2023 | Gallagher Bassett Services, Inc. | GALLAGHER BASSETT SERVICES, INC | Wire | Check Number 193617347 |
| 009129-002296-GB-01 | 11/29/2023 | Gallagher Bassett Services, Inc. | PILLINGER MILLER TARALLO, LLP-- | Wire | Check Number 193617348 |
| 009129-002296-GB-01 | 12/12/2023 | Gallagher Bassett Services, Inc. | JUDICIAL SERVICES RECORD CO | Wire | Check Number 193971278 |
| 009129-002296-GB-01 | 12/20/2023 | Gallagher Bassett Services, Inc. | JUDICIAL SERVICES RECORD CO | Wire | Check Number 194216474 |
| 009129-002296-GB-01 | 12/29/2023 | Gallagher Bassett Services, Inc. | GALLAGHER BASSETT SERVICES, INC | Wire | Check Number 194467428 |
| 009129-002296-GB-01 | 12/29/2023 | Gallagher Bassett Services, Inc. | PILLINGER MILLER TARALLO, LLP-- | Wire | Check Number 194467429 |
| 009129-002296-GB-01 | 2/9/2024 | Paul Winterstein | Bronx County Supreme Court and All Named Parties | Wire | Response to discovery demands |

PLTF-0000045