# Exhibit D-1

# December 4, 2022 Recorded OSHA Transcript – Francisco Payano

**CLASS IS CONDUCTED ENTIRELY IN SPANISH**

**File Francisco Payano Recording December 4, 2022**

Audio 1in file 12·04·22 (00:00:01 – 00:20:27) [Audio is in Spanish]

**TOTAL CLASS TIME FOR AUDIO: 0 Hrs. 20 Min. 27 Sec.**

**ABBREAVIATIONS:**

| | | |
|---|---|---|
| SP1 | – | Speaker 1 |
| UM | - | Unidentified Males (an attempt was made to identify when the same unidentified male was asking follow-up questions, but it is impossible to determine, without video footage, which unidentified males are speaking) |
| [xx] | – | Translator's notes |
| … | – | Pause between words or interruption in sentence |

| | Spanish | English |
|---|---|---|
| 0:00:00 | [Audio comienza en el medio de una presentación] | [Audio starts in the middle of a presentation] |
| SP1 | …mi firma tiene ya más de treinta y siete años, haciendo casos de demandas laborales [diálogo inentendible] La mayoría, caída en las calles, todo tipo de accidente. Pero, este, el señor ayer se especializaba en construcción, accidentes de construcción. La razón por la que estoy acá es porque obviamente patrocino este lugar con Juany, que es la [diálogo inentendible] acá, para apreciar a la comunidad en diferentes eventos culturales, de educación para la niñez.<br>Y estamos aquí para darles una charla a ustedes sobre los derechos que tienen los trabajadores aquí en el estado de Nueva York o en los Estados Unidos. Muchos viven acá, cogen la clase acá, pero pueda ser que vivan en New Jersey o trabajen en New Jersey. O en Connecticut, Pennsylvania, diferentes estados. Todos los estados tienen compensación laboral en los Estados Unidos, todos, ¿ok? Pero, el estado de Nueva York es | …my firm has over thirty-seven years doing labor lawsuits [unintelligible dialog]. The majority, falls on the street, all types of accidents. But, um, the man from yesterday specialized in construction and construction accidents.<br>The reason I am here is because I obviously sponsor this place with Juany, who is the [unintelligible dialog] here, to appreciate the community in different cultural events, educational events for children.<br>And we are here to give you a lesson about the rights that workers have here in the state of New York or in the United States. Many live here, take the class here, but you could live in New Jersey or work in New Jersey. Or in Connecticut, Pennsylvania, different states. All states in the United States have worker's compensation, all of them, okay? But the state of New York is the state with the strictest laws in favor of the employee, not the employer, the employee, okay? |

| | |
|---|---|
| el estado con las leyes más estrictas a favor del empleado, no del empleador, del empleado, ¿ok?<br>Si una persona está, está trabajando y trabaja para una compañía, tiene un accidente, automáticamente tiene un, un caso de compensación laboral. No importa cómo el accidente pasa. Si no puede trabajar, puede hacer un reclamo de compensación, y compensación les va a pagar los gastos médicos 100% y parte del salario que la persona estaba ganando al momento del accidente. Eso, obviamente es importante que las personas ganen cheques si es posible, porque aquí se viene el problemita con la compensación. Cuando una persona gana cheque, en el cheque hay dos cosas importantes: el nombre la compañía y cuánto gana la persona, ¿ok? De ahí, la persona recibe dos tercios, dos tercios de lo que gana en ese cheque. También se puede probar para qué compañía trabajaba. Si gana mil dólares en cheque, les pagan como setecientos compensación semanal, si está lesionado gravemente, obviamente que no pueda trabajar. No tiene que ser una cama total, tiene que ser, tener lesión. Si la persona gana efectivo, muchas veces no sabe el nombre de la compañía. Tampoco se puede probar cuánto ganaba la persona. La persona dice 'yo ganaba mil quinientos semanales.' Puede ser verdad, claro, porque hay muchos trabajadores de la construcción que ganan más, hasta más que ahí. El problema es que el jefe va a decir, 'no, yo le pagaba quinientos a él.' Entonces como él no tiene pruebas… El juez sabe que quinientos no es ni el mínimo, ni el salario mínimo aquí en, en la ciudad de Nueva York. Pero el jefe podría decir 'no, pero yo le pagaba a él tres días a la semana.' Ok, entonces ahí nunca le van a dar lo que la persona en verdad estaba ganando, nunca le van a dar los tercios de los mil quinientos. Por eso es importante tratar de recibir cheque, aunque sea un par de veces al año. Decirle al jefe, 'yo necesito prueba de lo que estoy ganando para cualquier cosa.' Inventarse algo, para que les dé un cheque, porque así tiene pruebas de que usted trabaja para esa compañía, y | If a person is, is working and works for a company, has an accident, they automatically have a, a case for worker's compensation. It does not matter how the accident happens. If you cannot work, you can make a compensation claim, and compensation will pay for all the medical bills 100% and part of the salary that the person was earning at the time of the accident. Obviously, it is important that people get checks, if possible, because this is where the little problem with compensation arises. When a person gets a check, there are two important things on the check: the name of the company and how much the person makes, okay? From there, the person will receive two thirds, two thirds of what he was making on the check. You can also prove what company you worked for. If you make one thousand dollars on your check, you will get paid around seven hundred as weekly compensation if you are seriously injured to where you obviously can't work. It doesn't have to be full bedrest, it has to be, you have to be injured. If the person makes cash, many times they don't know the name of the company. You also can't prove how much that person made. The person says, 'I made one thousand, five hundred weekly.' It could be true, of course, because there are many construction workers that make more, even more than that. The problem is that the boss will say, 'no, I paid him five hundred.' So, since he doesn't have proof… The judge knows that five hundred isn't even the minimum, it's not even minimum wage here in the city of New York. But the boss could say, 'no, I paid him three days per week.' Okay, then they will never give the person what they were actually earning, they will never give them two thirds of one thousand, five hundred. That is why it is important to try to get a check, even if just a couple of times per year. Tell the boss, 'I need proof of what I am making for whatever reason.' Make something up so that they will give you a check, because that way you have proof that you worked for that company and how much you make at that company.<br>It is important to know the address of the accident, very important. If you can, know the |

PLTF-0000076

| | |
|---|---|
| cuánto gana en esa compañía. Es importante saber la dirección del accidente, muy importante. Si puede saber el número de teléfono de la compañía para la cual trabajan, y la dirección. Si la persona necesita una ambulancia, sugerido que llamen a una ambulancia. Muchos están súper lastimados y no llaman a una ambulancia. Dejan que el jefe los lleve al hospital en un carro privado, le ordenan un taxi, diferentes cosas. ¿Qué pasa cuando usted se va del trabajo y no llamó a la ambulancia? Ahora el jefe puede decir que el accidente no pasó en el trabajo. Ha pasado muchísimas veces. Claro, en la parte de compensación se va siempre a, a basar, se va siempre ir a favor de la persona que está accidentada. Aunque el jefe diga lo que diga. Pero se toma mucho tiempo esa investigación, se toman años. A veces toma un año, nueve meses, ocho meses. Pero si usted va en ambulancia, el jefe no se puede negar que el accidente pasó en el trabajo. ¿Me entienden? Ahí esta la diferencia. Desde que ese reporte de la ambulancia llega a compensación, de una vez eso se lo aprueban en un par de meses. Ahí está la diferencia. Y las personas que ganan en efectivo, peor aún. Si se van a la casa y no llaman ambulancia, el jefe va a decir, 'bueno, ese tipo ni para mí trabaja. Se lo han dicho y yo he ido a la audiencia. Personalmente, he estado ahí cuando le preguntan el jefe, al jefe, el juez al jefe, '¿usted conoce a esa persona?' Y el tipo mira hacia atrás y dice, 'no, yo no lo conozco.' Recogiéndolo todos los días en una dirección, llevándolo al trabajo por dos años, y el tipo dice, 'yo no lo conozco.' Pero al final, el juez tomó la decisión que [ruidos muy fuertes impidiendo que se oiga el dialogo] estaba lastimado. Pero se toma mucho tiempo ese proceso. So es importante llamar a ambulancia si lo necesita. Ahora, si usted cree que no necesita una ambulancia, si usted cree que no está tan lastimado, cree que va a seguir trabajando, pues váyase a la casa. Si a los par de días usted no puede trabajar, vaya al hospital. Diga que se accidentó en el trabajo. No se deje llevar de los jefes que muchos jefes le dicen a la | phone number of the company that you work for and the address. If the person needs an ambulance, it is suggested that you call an ambulance. Many are very hurt, and they don't call an ambulance. They let the boss take them to the hospital in a private car, or they call them a taxi, different things. What happens when you leave work, and you didn't call an ambulance? Now the boss can say that the accident didn't happen at work. It has happened very, many times. Of course, in the compensation part, it is always going to be based, it is always going to go in favor of the person in the accident. The boss can say whatever he is going to say. But it takes a long time to do the investigation, it takes years. Sometimes it takes a year, nine months, eight months. But if you go in an ambulance the boss cannot deny that the accident happened on the job. Do you understand? There is the difference. From the moment that ambulance report arrives at compensation, right away that will get approved in a couple of months. There is the difference. And the people that get paid in cash, even worse. If they go home and they don't call the ambulance, the boss will say, 'well, that guy doesn't even work for me.' It has been said, and I have been at the hearings. Personally, I have been there when they asked the boss, to the boss, the boss, 'do you know this person?' And the guy looks to the back and says, 'no, I don't know him.' Picking him up every day from an address, taking him to work for two years, and the guy says, 'I don't know him.' But in the end, the judge made the decision that [very loud noises making it impossible to hear dialog] was hurt. But that process takes a long time. So, it is important to call an ambulance if you need one. Now, if you think you don't need an ambulance, if you think you aren't that injured, you think you'll continue working, well, go home. If after a couple days you can't work, go to the hospital. Tell them you were in an accident at work. Don't be led by the bosses, many bosses tell the person, 'go to the hospital, tell them you fell at home, that you fell on the street, that I will help you, I will pay your weekly.' Lies. |

PLTF-0000077

|     | | |
| --- | --- | --- |
|     | persona, 've al hospital, di que te caíste en la casa, que te caíste en la calle, que yo te voy a ayudar, yo te voy a pagar tu semanal.' Mentira. Falso, falso, falso. Aunque hay jefes que vienen aquí, eso es falso. Cuando una persona lo hace mentir a usted, es que no lo va a ayudar, ¿ok? Si una vez que usted fue al hospital y le dijo que se cayó en la casa, o en la calle, o en cualquier otro sitio que no sea trabajando, automáticamente perdió beneficios de compensación y automáticamente perdió la posibilidad de tener una demanda. ¿Ok? So tengan eso pendiente. Tampoco den otro nombre en el hospital. Porque creen que son inteligentes para que no llegue un cobro a la casa, dan otro nombre. ¿Qué pasa si al mes usted no puede trabajar? Ahí hay un problema porque fue otra persona que fue al hospital, ¿ok? So den su nombre, y si le llega un cobro y usted quiere seguir trabajando, lléveselo al jefe. Si el jefe no lo paga, pues ustedes le hacen un reclamo a compensación para pagar esos, esos, esos, esos gastos médicos. La compensación les paga los gastos médicos, aunque usted siga trabajando. Obviamente el jefe pueda ser que los despida del trabajo, lamentablemente eso puede pasar. Pero ninguno de los trabajadores de la construcción pasan mucho tiempo trabajando para la misma compañía. A veces uno trabaja en un año en dos compañías, en cinco años trabajan en tres compañías. So piensen en eso, ¿ok? Eh, los trabajadores… | False, false, false. When a person makes you lie, they will not help you, okay? If, once you go to the hospital, and you told them you fell at home, or on the street, or in any other place that is not the jobsite, you automatically lose worker's compensation benefits and you automatically lose the possibility of having a lawsuit. Okay? So be aware of that. Also, don't give a different name at the hospital. Because they think they're intelligent, so that the bills won't come to their house, they give a different name. What happens if you can't work after one month? There is a problem now because it was a different person that went to the hospital, okay? So, if you get a bill, and you want to continue working, take it to the boss. If the boss doesn't pay it, well, you file a claim with compensation to pay those, those, those, those medical expenses. Compensation will pay your medical bills even if you continue working. Obviously, the boss may fire you from your job; unfortunately, that can happen. But none of the construction workers spend a lot of time working for the same company. Sometimes, you may work for one or two companies in a year, or three companies in five years. So, think about that, okay? Umm, the workers… |
| UM1 | …Una pregunta. ¿Y aquella persona que no…, sin documentos? | …One question. And the person that doesn't, … without papers? |
| SP1 | ¿Qué no tiene? | The one that doesn't have papers? |
| UM1 | Si, trabaja ahí. | Yes, he works there. |
| SP1 | No importa… | It doesn't matter… |
| UM1 | …No, no, no, era, … La pregunta era otra. La pregunta es para trabajar, ¿que le paguen por nomina, por cheque? | …No, no, no, it was… The question I had was different. The question is, to work, to be on payroll, paid by check? |
| SP1 | Ok, no importa. No, no, no tiene que tener seguro social para que le paguen por cheque. | Okay, it doesn't matter. You don't, don't, don't have to have a social security to be paid by check. |
| UM1 | A, ok. | Oh, okay. |

PLTF-0000078

| SP1 | No tiene que tener seguro social. | You don't have to have a social security number. |
|---|---|---|
| UM1 | ¿Solamente lo presento en el banco y ya? | I just present it to the bank and that's it? |
| SP1 | Usted lo que tiene que hacer es sacar una cuenta en el banco, que es muy importante. Y el jefe le puede pagar con un cheque que no le descuentan, lo que mucha gente le llama de que cheque personal. Siempre que tenga el nombre de la compañía, es de la compañía. Va al banco con su cheque, el salario completito, usted lo deposita en su cuenta y eso es todo. Mucha gente sacan, lo que le llaman, el ITIN acá. El ITIN es el tax ID, como le conoce todo el mundo. Con eso, usted le puede dar eso al jefe y el jefe lo puede descontar y reportar con ese, con ese ITIN, con el número de ITIN, el mismo número que el seguro social, solo que le llaman ITIN porque no era algo que usted, es sólo para permiso de trabajo, para reportar básicamente. OK, pero en esos casos como dice el señor acá, ustedes depositen el cheque en su cuenta. Si le pagan completito y usted quiere llenar, llenar impuestos al final del año, cada tres meses usted lo hace. Si quiere sacar documentos en el futuro y usted está reportando, aunque sea poquito, … | What you must do is get a bank account, which is very important. And the boss can pay with a check without deductions, what lots of people call a personal check. As long as it has the name of the company, it is from the company. You go to the bank with your check, you deposit your entire salary in the bank, and that's it. Many people get what is known as ITIN here. The ITIN is a tax ID, how it is known all over the world. With that, you can give that to the boss and the boss can take deductions and you can report with the, with the ITIN, with the ITIN number, the same number as the social security number, only that it's called ITIN because it wasn't something of yours, it's just for work permits, to report, basically. Okay, but in those cases, like the gentleman here, you deposit the check in your account. If you get paid in full and you want to fill out, fill out your taxes at the end of the year, you do it every three months. If you want to get papers in the future and you are reporting, even if just a little bit… |
| UM1 | …Es más fácil… | …It is easier… |
| SP1 | …cuando llega frente a un juez de inmigración, el juez va a decir, 'bueno, este tipo es bueno porque, aunque sea ha reportado algo, no es una carga para este país.' | … when you are before the immigration judge, the judge will say, 'well, this is a good guy because at least he has reported something, he is not a burden to this county.' |
| UM1 | Lo que usted me está diciendo, [diálogo inentendible] por eso le dieron papeles de una vez porque pagó sus taxes, el hermano mío. No lo han dado porque [diálogo incompresible]. | What you are telling me, [unintelligible dialog] that is why they gave him papers right away, because he paid his taxes, a brother of mine. They haven't given it because [unintelligible dialog]. |

PLTF-0000079

| | | | |
|---|---|---|---|
| SP1 | Esto trata de, de demostrar que usted va a ser un buen, un buen residente o un buen ciudadano acá. Si usted paga impuestos y va frente a un juez, los jueces la mayoría de veces van a tomar eso, su decisión a favor de usted porque está pagando impuestos. Es igual que para la compensación. Importante que la persona lleve también impuestos porque al final del año, si usted llenó, reportó, vamos a decir, cinco años, y reportaba 40.000 o 35.000 o cincuenta, y se lesiona, van a ir atrás. Los jueces de compensación van a decir, 'este señor reportó tantos meses.' El seguro tiene que pagarle tanto, porque estaba reportando. Aunque usted no reciba pago en, en cheque, … | | This tries to demonstrate that you will be a good, a good resident or a good citizen here. If you pay taxes and go before a judge, judges, most times, will take that, make a decision in your favor because you are paying taxes. It is the same with compensation. It is important that the person does taxes because at the end of the year, if you filled out, reported, let's say five years, and you reported 40,000 or 35,000 or fifty, and you get hurt, they will go back. The compensation judges will say, 'this man reported however many months.' Insurance has to pay him this much because he was reporting. Even if you don't get paid in, in a check… |
| UM1 | …en cheque… | | …in a check… |
| SP1 | … pero si estabas reportando. Eso es importante también. | | …but if you were reporting. That is important too. |
| UM2 | Una pregunta. Yo, yo llegué aquí, tengo un amigo, que él, él me quería hacer empezar en la compañía en la que él trabaja, pero me dijeron que, que tenía que sacar un, un social. | | One question. I arrived here, I have a friend that he, he wanted me to start working at the company where he works, but I was told that I had to get a, a social. |
| SP1 | ¿Social falso? | | A fake social? |
| UM2 | Ajá. | | Uh-huh. |
| UM1 | Eso es peligroso. | | That is dangerous. |
| SP1 | Bueno, si lo hace con el nombre suyo, está bien…. | | Well, if you do it in your own name, it is fine… |
| UM2 | …porque dice que es la única forma que podía trabajar ahí, porque no… | | …because he says that is the only way I could work there, because no… |
| | [Conversación inaudible] | | [Inaudible conversations] |
| SP1 | Si lo hace con otro nombre suyo, la mitad, la mitad del proceso está bien, la otra mitad está mal, ¿ok? Porque ya usted está trabajando, y tiene nombre, aunque sea le sale el nombre que no es suyo. Ahora, si lo hace con otro nombre… | | If you do it with a name of yours, half, half of the process is okay, the other half is wrong, okay? Because you are working and have a name, at least your name is appearing. Now, if you do it with another name… |
| UM2 | … ahí no cuenta mi nombre. | | …then my name doesn't count. |
| SP1 | No cuenta su nombre, usted no, no existe. | | Your name doesn't count, you don't, don't exist. |
| UM2 | Porque si, él me dijo, [personas hablando al mismo tiempo] que le descontaban de cada cheque, de cada cheque le descontaban, lo menos… | | Because yes, he told me [people all speaking at the same time] that they deducted from each check, they deducted from each check, the minimum… |
| SP1 | …algo que le dice el señor allá, no lo haga. | | …what the gentleman over there is saying, don't do it. |
| UM1 | No lo haga. | | Don't do it. |

PLTF-0000080

| | | | |
|---|---|---|---|
| SP1 | Porque eso, todo lo que uno hace aquí, mire, uno no cree, todo lo que usted hace en este país, cuando te llega una investigación de inmigración, de lo que sea, todo sale a la luz, ¿ok? Todo sale a luz, pues te lo digo yo. | | Because that, everything one does here, look, one doesn't believe it, everything you do in this country, when you get an investigation from immigration, from wherever, everything comes to light, okay? Everything comes to light; I can tell you that. |
| UM3 | A mí me dijeron, un amigo, 'yo te consigo esa, esa de OSHA' desde que llegué aquí, tengo un año y dos meses. Te la consigo por 300 pesos. Y yo, 'mi hermano, no me diga que yo no sé mentir.' Yo tengo mi documento, y además de eso [dialogo inentendible]. ¿Qué le voy yo a contestar? | | I was told, a friend, 'I will get you the one, the one from OSHA' ever since I arrived, I've been here one year and two months. I will get it for 300 pesos. And me, 'bro, don't tell me that, I don't know how to lie.' I have my documents and besides [unintelligible dialog]. What am I going to answer? |
| SP1 | Eso también no es bueno, las, las tarjetas que compran las personas. Muchos empleadores, a los, a los empleados, 'o, te vamos a conseguir la tarjeta por 300 y son 10. Me dan 300 cada uno y los llevo y, pum, les traigo la tarjeta. El único problema con eso es que muchas veces esas tarjetas son falsas. Eso es uno, y otro que usted no recibe ningún entrenamiento, obviamente usted no sabe ni lo bueno ni lo malo. Los accidentes pasan como quieran, claro que sí. Pero pasan más cuando la persona no tiene conocimientos, ¿ok? Eso es 100 % así.<br>Otra cosa, para los trabajadores de la construcción, que sepan la dirección del accidente. Muchos no saben la dirección del accidente, saben llegar al lugar, pero no saben ni el número ni el piso. Tienen que saber la dirección de donde trabajan, porque si la persona queda lastimada, está en el hospital, es difícil para el investigador llegar a un lugar y averiguar cuál es la construcción donde hay tantas construcciones. Si la persona dice, 'el número es tal tal de tal calle,' ya uno va derechito y ya uno sabe cuál es el edificio, toma fotos y hace lo que tiene que hacer. Y para la compensación eso es importantísimo también.<br>Los trabajadores de la construcción son los únicos trabajadores, 99 % de las veces son los únicos que pueden, vamos a decir, tener demanda en el momento del accidente, ¿ok? ¿Por qué? Porque los trabajadores de construcción pueden demandar al dueño del edificio y el contratista general, ¿ok? Usted no puede demandar a su empleador. Muchos venimos acá y creemos que nos | | That also isn't good, the, the cards that people buy. Many employers tell the employees, 'hey, we will get you the card 300 and there's 10. You give me 300 each and I take you, and done, I bring you a card. The only problem with that is that many times those cards are fake. That's one thing, the other is that you don't receive any training, obviously you don't know what's good and what's bad. Accidents will happen anyway, of course they will. But they happen more when the person doesn't have the knowledge, okay? That is 100% like that.<br>Another thing, for construction workers, know the address of the accident. Many don't know the address of where the accident happened, they know how to get to the place, but they don't know either the number or the floor. You have to know the address of where you work because if the person gets hurt, they are in the hospital, it is difficult for the investigator to arrive at the site and find out which is the construction site where there is so much construction. If the person says, 'the number is such and such on such street,' one can go directly and know which one is the building, take pictures and do whatever needs to be done. And for compensation, that is very important as well.<br>Construction workers are the only workers, 99% of the time, they are the only ones that can, let's say, have a lawsuit at the time of the accident, okay? Why? Because construction workers can sue the owner of the building and the general contractor, okay? Many come here and think that, if you get in an accident, you can sue the person, the company for which you |

PLTF-0000081

|     | | |
| --- | --- | --- |
|     | accidentamos y podemos demandar a la persona, a la compañía para la cual trabajamos. No se puede demandar a la compañía para la cual trabaja, ¿ok? Es como el seguro de un carro; usted tiene un accidente en un carro, usted no puede demandar al seguro de su carro, porque entonces está se demandando a sí mismo. El seguro de compensación es así. Usted no puede demandar a la compañía para la cual trabaja porque ellos tienen compensación laboral. No puede coger dos beneficios de la misma compañía. Entonces, los trabajadores de la construcción pueden demandar al contratista general o al dueño del edificio, en el momento del accidente. Se necesita lo mismo. Si, si necesitan ambulancia, es muy importante, reporte que, que hace en la obra. Si no lo hace también, si no, no hay problema. Saber la dirección de, de, de dónde trabaja, del empleador, todas esas son cosas importantes. ¿Y por qué tienen caso de demandas los trabajadores de construcción? Porque se violan las leyes laborales al momento de accidente. No todo es una demanda. También muchos creen que todo es una demanda de trabajo, no. Si una persona está trabajando encima de esta mesa, haciendo un trabajo acá, se cae, se lesiona, es un caso de demanda, porque esta mesa es alta y están supuestos a poner una goma de protección para que la persona no tenga caída. Igual que los andamios, escaleras, pasillos. Ahora en invierno, pasillos… | work. You cannot sue the company for which you work, okay? It's like car insurance; you have an accident in your car, you cannot sue your car's insurance because then you are suing yourself. Worker's compensation is like that. You cannot sue the company for which you work because they have worker's compensation. You cannot get two benefits from the same company. So, construction workers can sue the general contractor or the owner of the building, at the time of the accident. The same is needed. If, if you need an ambulance, it is very important, report what, what you do at the site. If you don't do it, there is no, no problem. Knowing the address of where, where, where you work, the employer's address, all those things are important. And why do construction workers have lawsuits? Because labor laws were violated when the accident happened. Not everything is a lawsuit. Also, many people think that everything is a work lawsuit, no. If a person is working on top of this table, doing a job here, they fall, they get hurt, it is a lawsuit, because this table is high, and they are supposed to place a protection rubber so that the person doesn't suffer a fall. It's the same for scaffolding, ladders, hallways. Now in the winter, hallways… |
| UM  | …lo vimos ayer, eso… | …we saw that yesterday, … |
| SP1 | …pasillos con agua, con basura. Si una persona se resbala en esos pasillos, se tropieza con basura, tiene caso de demanda. Pero los pasillos al contrario de las escaleras y los andamios, y cualquier altura, se necesitan pruebas, se necesitan fotos. Si esto está mojado y usted se accidenta y se resbala, a los dos o tres días, eso está limpio ya. Entonces es importante tener una foto de eso. ¿Por qué? Porque en la foto se puede demostrar que usted se resbaló en ese piso porque estaba mojado, hielo, basura, etc. Las gradas, gente que limpia que trae basura para abajo, todo tipo de basura. A veces | …hallways with water, with trash. If a person slips in those hallways, trips on trash, they have a lawsuit. But hallways, as opposed to ladders and scaffolding, and anything high, proof is needed, pictures are needed. If this is wet, you get in an accident and slip, two to three days later, this will be clean. Then, it is important to have a picture of that. Why? Because through the picture you can prove that you slipped on the floor because it was wet, icy, trash, etc. Stairs, people that clean bring trash down and they leave a trail of trash on the way. That must be kept clean. If a person slips on those stairs, pictures are needed to |

PLTF-0000082

| | | |
|---|---|---|
| | vienen con bolsas y vienen dejando basura en el camino. Eso hay que mantenerlo limpio. Si una persona se resbala en esas gradas, se necesita fotos para demostrar que estaban llenas de basura, ¿ok? Esa es la diferencia en cuanto a un andamio, escalera. Obviamente si tiene fotos de cualquier accidente, mucho mejor. Pero en esos tipos de accidentes necesitan fotos 100 %, ¿ok? Traten de, otra, o, casos que la gente cree que tiene demanda. A mí me llamó un señor y dijo. 'yo estaba levantando algo pesado, y me lastimé la espalda, y me hicieron dos cirugías en la espalda; ¿puedo demandar?' Yo le dije, 'no puede demandar señor.' 'No, pero que tengo dos cirugías.' No es por las cirugías que tiene un caso de demanda, no es por… Usted puede quedar inválido, vegetal, no es por eso que tiene caso de demanda. Es porque tiene que haber una violación de la ley laboral. El que levanta algo pesado no está violando ninguna ley laboral. Si usted va a levantar algo pesado y usted no puede, lo que usted debe decirle al jefe es que le busque a un, a otro compañero para, para que le ayude, que usted no puede levantar eso. Si levanta eso pesado y se lastima, no hay caso de demanda, solo tiene compensación. En todos los casos, 100 % de compensación, pero no demanda, ¿ok? La demanda tiene que haber caída, que, que le cae material a la persona en la cabeza o en parte de su cuerpo, eso es demanda.<br>En las tarjetitas que les di está mi número celular, grábenlo. Cualquier pregunta legal que tengan, no cobramos por consulta, ¿ok? En Gorayeb, no se cobra por consulta. A mí me llaman a mi número de celular con lo que sea y yo les busco la información necesaria que ustedes necesiten, ¿ok? Y estamos en… | show that they were covered in trash, okay? That is the difference in regard to scaffolding, ladders. Obviously if you have pictures of any accident, that's much better. But in these types of accidents, you need pictures 100%, okay? Try to, another, or, cases in which people think they have a lawsuit. A gentleman called me and told me, 'I was lifting something heavy, and I hurt my back, and I had two back surgeries; can I sue?' I told him, 'you cannot sue, sir.' 'No, but I've had two surgeries.' It is not because of surgeries that you have a lawsuit, it is not… You can be left paralyzed, a vegetable, it's not because of that, that you have a lawsuit. It is because there must be a violation of labor laws. A person that lifts a heavy load isn't violating any labor law. If you are going to lift something heavy and you can't do it, what you should do is tell the boss to find someone, another colleague to, to help you, that you cannot lift it. If you lift the heavy thing and get hurt, there is no lawsuit, you only have compensation. In all cases, 100% are compensation, but not a lawsuit, okay? For a lawsuit there must be fall, some material falling on the person's head or on another body part, that is a lawsuit.<br>My cell phone number is on the little cards I gave you, save it. Any legal questions you may have, we do not charge for a consultation, okay? At Gorayeb, consultations are free. You call me on my cell phone number with whatever you need, and I will find the necessary information that you need, okay? And we'll be… |
| UM | … ¿A este número? | …to this number? |
| SP1 | No, al número del celular que está abajo, le dije al celular. | No, to the cell phone number that is below, I told you the cell. |
| UM4 | ¿Con la OSHA, ya uno puede ya trabajar y que le paguen con cheque? | With OSHA, now one can work and be paid by check? |
| SP1 | No, OSHA no garantiza que la paguen por cheque, garantiza que usted pueda tener un trabajo de construcción. Si. El cheque, | No, OSHA doesn't guarantee that you'll be paid by check, it guarantees that you can have a job in construction. Yes. The check, it |

PLTF-0000083

| | | |
|---|---|---|
| | depende de la compañía si ellos quieren pagarle con cheque. Ahorita me estaba diciendo un señor de aquel lado, que ya tiene un tiempito trabajando y siempre le pagan cash, y no sabe ni para quién trabaja. Le paga un señor, pregúntele. Si el señor no quiere darle la información, pregúntele a otro compañero que tiene más tiempo trabajando ahí. Pero es importante saber la compañía para la cual ustedes trabajan porque en caso de accidentes eso va a ser importantísimo. A mí me va a llevar mucho tiempo como investigador, averiguando cuál es la compañía. Entonces es importante que ustedes pregunten y, y le digan al que le paga, 'mire, yo necesito saber la compañía porque yo quiero hacer impuestos personales, lo que sea, pero tengo que saber quién es mi empleador.' ¿Entienden? Eso es importante. | depends on the company whether they want to pay you by check. Right now, the gentleman on that side was telling me that he has a little bit of time working, and he always gets paid in cash, he doesn't even know who he works for. A man pays you, ask him. If the man doesn't want to give you the information, ask a colleague that has been working there longer. But it is important to know the company that you work for because if you are in an accident, that will be very important. It will take me a long time, as an investigator, figuring out what company it is. So, it is important that you ask, and, and, tell the one that pays you, 'look, I need to know the company because I want to do my personal taxes, whatever, but I have to know who is my employer.' Understood? That is important. |
| UM5 | Yo no estoy reportando porque mi jefe no reporta, nunca lo había hecho. Pero, la compañía, con la cual yo no tengo ningún problema. Pero, yo si cuando pase el año, yo sí quiero pagar mis taxes, normal. El, el, el federal y el estatal. | I am not reporting because my boss doesn't report, he never has. But the company, I don't have a problem with it. But I do, when the year is over, I want to pay my taxes, normally. The, the, the federal and state. |
| SP1 | Eso es lo que tiene que decirle al jefe, que usted va a presentar al final del año. | That is what you have to tell your boss, that you are going to file at the end of the year. |
| UM5 | [Pregunta inaudible] | [Inaudible question] |
| SP1 | El 1099. | The 1099. |
| UM5 | El 1099. | The 1099. |
| SP1 | Todo eso es importante, ¿ok? Saber el nombre de la compañía para la compensación, porque si no, se toma mucho tiempo para que la persona reciba beneficios de compensación. Si la persona no sabe el nombre de la compañía, tampoco llamó una ambulancia, puede llevarse un año para que le paguen compensación, el primer cheque. Pero si usted sabe su nombre de la compañía, llamó una ambulancia, hizo todo lo que tenía que hacer correctamente, pues recibe el pago más rápido, ¿ok? Cualquier pregunta me pueden llamar, yo estoy siempre disponible. Entonces mi… | All that is important, okay? Knowing the name of the company for compensation, because if you don't, it takes a long time for the person to start receiving compensation benefits. If the person doesn't know the name of the company, also didn't call an ambulance, it can take a year to be paid compensation, the first check. But if you called an ambulance, did everything you had to do correctly, well, you'll receive payment more quickly, okay? Any question, you can call me, I'm always available. So, my… |
| UM6 | … ¿Y, y, y si es una compañía en la que no, no quieren dar trabajo por, porque no sacan ese, ese social falso? | …And, and, and if a company doesn't want to, want to give you work because you don't want to get the fake social? |

PLTF-0000084

| SP1 | Es que no, es que eso no es recomendable. Si la compañía le está pidiendo, ustedes mismo le puede decir a ellos, eso es un crimen federal… | No, that is not advisable. If the company is asking, you yourself can tell them, 'that is a federal crime…' |
|---|---|---|
| UM | …federal. | …federal. |
| SP1 | ¿Me entiende? Por qué, porque no es ellos que se van a meter en problemas. Usted le llevó el social a ellos. 'A, él nos los trajo, no hay problema.' Es usted en el futuro que pueda tener problemas, ¿ok? Y, y la compañía, es, eso es mentira que ellos necesitan un número de social. Hay muchísimas compañías que les dan trabajo a inmigrantes y no reportan. | Do you understand? Because, because it is not them who will be in trouble. You took the social to them. 'Oh, he brought it to us, no problem.' It is you who could get in trouble in the future, okay? And, and the company is, that is a lie that they need a social number. There are so many companies that employ immigrants and don't report. |
| UM | Todas están así. | They're all that way. |
| SP1 | No reportan. Al menos que ellos les vayan a dar seguro médico a usted y todos los beneficios, ¿para qué necesitan su número de seguro social? | They don't report. Unless they are going to give you health insurance and all your benefits, why would they need your social security number? |
| UM | Sin ninguna obligación, porque ellos necesitan declarar. Eso es lo que yo les digo. | Without any obligation, because they need to declare. That is what I tell them. |
| UM6 | Necesitan declarar. | They need to declare. |
| SP1 | Obviamente hay muchísimas compañías que saben que está ganando efectivo, y gana el cheque, muchos le pagan con cheque porque ellos, ¿cómo van a decir que no? El señor vino a trabajar conmigo y yo le pagué el cheque porque él me dijo que iba a reportar. Eso es legal. Ellos pueden, lo puede reportar usted personalmente, ¿ok? Así que no hagan nada ilegal, que al final es peligroso. Se me cuidan. | Obviously, there are so many companies that know you are making cash, and you get a check, many pay with a check because, how can they say no? The gentleman came to work with me, and I paid him with a check because he said he was going to report. That is legal. They can, you can report it personally, okay? So don't do anything illegal, which is ultimately dangerous. Take care. |
| UM | Gracias. | Thank you. |
|  | [Conversaciones inaudibles] | [Inaudible conversations] |
| SP1 | Como les dije, [diálogo inaudible] tenemos sudaderas para el invierno. Si quieren sudaderas, me llaman al número y le llevo a la obra que ustedes están, las que ustedes necesiten. | Like I said, [inaudible dialog] we have sweatshirts for the winter. If you want sweatshirts, call me on my phone and I will take them to whatever site you are at, however many you need. |
| UM | Ok, está buena. | Okay, they're good. |
| SP1 | Gratis, gratis. Con comida también. | Free, free. With food as well. |
|  | [Conversaciones inaudibles] | [Inaudible conversations] |
| UM | Está bien. ¿Ese es, ese es, ese es su primo? Si, está bien. [Dialogo ininteligible] Necesitamos saber el trabajo está bien. | It's fine. Is that, is that, is that your cousin? Yes, its fine. [Unintelligible dialog] We need to know work is okay. |
|  | [Conversaciones inaudibles] | [Inaudible conversations] |
| 0:20:27 | [Audio termina] | [Audio ends] |

PLTF-0000085

## Transcription/Translation disclaimer:

The undersigned transcriber/translator states that she has transcribed/translated the contents of the above-mentioned audio file(s) to the best of her ability, taking into consideration inherent limitations in the audibility and quality of such audio file(s) due to variations in ambient conditions and recording/reproduction equipment. The accuracy of the transcription may also be affected by typical difficulties created by (1) unclear speech and interruptions among speakers (2) noise interference, and (3) the nature of conversational speech, which is frequently characterized by unfinished sentences and unknown previous contexts.

## CERTIFICATION:

Vanessa Jordan appeared in person before me today and stated under oath:

I, Vanessa Jordan, having been duly examined and approved by JBCC and licensed by the State of Texas as a Master Licensed Court Interpreter No. 2404, authorized to translate from both English into Spanish and Spanish into English, hereby CERTIFY that I have transcribed and translated the contents of the above-mentioned audio file, and that my translation of the Spanish and English portions therein is a true and faithful representation of such content, to the best of my knowledge and ability.

_____   Date: 02/27/2024
Vanessa Jordan
Master Licensed Court Interpreter #2404


SIGNED under oath before me on 2/27/2024.

MARY STEPHENS
Notary Public, State of Texas
Comm. Expires 01-03-2027
Notary ID 5042296

_____
Notary Public, State of Texas