# Exhibit L
# Francisco Payano Business Card



Exhibit L
Francisco Payano
Business Card