UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ROOSEVELT ROAD RE, LTD,                             Case No.: 1:24-cv-01549-NG-LB
TRADESMAN PROGRAM MANAGERS, LLC,

                    Plaintiffs,

        -against-                                          **NOTICE OF MOTION**

JOHN HAJJAR, MD, SURGICARE, LLC, SURGICARE OF MANHATTAN, LLC, SURGICARE OF WESTSIDE, LLC, SURGICARE, PC, BORO VENTURES, LLC, SOVEREIGN MEDICAL GROUP, LLC, SOVEREIGN MANAGEMENT, LLC, REGENT MEDICAL PROPERTIES, LLC, ANTHONY DeGRADI, WAYNE HATAMI, FELIKS KOGAN, LEONID TYLMAN, GREGG ROCK, SIDDHARTHA SHARMA, MD, SURGICORE, LLC, SURGICORE MANAGEMENT, INC., SURGICORE MANAGEMENT, LLC, SURGICORE 5th AVENUE, LLC, KTHD INVESTMENT LLC, NY ORTHO SPORTS MEDICINE & TRAUMA, PC, JEFFREY STONE KAPLAN, MD, MATTHEW P. GRIMM, MD, ADRIAN PUIA, RPT, JOSEPH WEINSTEIN DO, PC, JOSEPH WEINSTEIN, DO, UNIVERSITY ORTHOPEDICS OF NEW YORK, PLLC, STEVEN JOHN TOULIOPOULOS, MD, CHARLES A. DeMARCO, MD, ANDREW M. CRUZ, RPA, ANDREW MEROLA, MD, KOLB RADIOLOGY, PC, THOMAS M. KOLB, MD, LENOX HILL RADIOLOGY AND MEDICAL IMAGING ASSOCIATES, PC, FOGELGAREN FORMAN & BERGMAN, LLP, ERIC FOGELGAREN, JONATHAN FORMAN, ROBERT BERGMAN, GORAYEB & ASSOCIATES, PC, CHRISTOPHER J. GORAYEB, FRANCISCO PAYANO, SISA PAKARI CULTURAL CENTER INC., SISA PAKARI CENTRO CULTURAL & LABORAL, INC. FANNY GUADALUPE, ROLANDO MANZANO MORENO, CIDEL DEL CARMEN TANDOZA MORENO,

                    Defendants.
-----------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that upon the Declaration of Robert Bergman dated January 22, 2025, and the exhibit annexed thereto, the Declaration of Eric Fogelgaren dated January 22, 2025, and the exhibits annexed thereto, the Declaration of Sean E. Kelly dated January 22, 2025,

and the exhibits annexed thereto, together with the accompanying Joint Memorandum of Law in support of Defendants' Motions to Dismiss dated January 22, 2025, and the Supplemental Memorandum of Law of Defendants Fogelgaren Forman & Bergman, LLP, Eric Fogelgaren, Jonathan Forman and Robert Bergman in Support of Motion to Dismiss dated January 22, 2025, the undersigned, on behalf of Defendants Fogelgaren Forman & Bergman, LLP, Eric Fogelgaren, Jonathan Forman and Robert Bergman, will move this Court, before the Honorable Nina Gershon at the Federal Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and at a time designated by the Court for an Order: (i) pursuant to Fed. R. Civ. P. 12(b)(5), dismissing the action as to Robert Bergman for insufficient service of process; and (ii) pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), dismissing the Amended Complaint dated August 7, 2024 as to Fogelgaren Forman & Bergman, LLP, Eric Fogelgaren, Jonathan Forman and Robert Bergman, for failure to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE,** pursuant to this Court's Order dated December 20, 2024, any opposing declarations and answering memoranda shall be served on undersigned counsel for defendants on or before March 10, 2025.

Dated: Hawthorne, New York
January 22, 2025

                          TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP

                    By:   *J. Patrick Carley, III*
                           J. Patrick Carley, III, Esq.
                           Sean E. Kelly, Esq.
                           Seven Skyline Drive
                           Hawthorne, New York 10532
                           Telephone: (914) 347-2600
                           Email: pcarley@tlsslaw.com
                           *Attorneys for Defendants Fogelgaren, Forman &*
                             *Bergman, LLP, Eric Fogelgaren, Jonathan Forman*
                             *and Robert Bergman*

TO:     William J. Clay, Esq.
        The Willis Law Group, PLLC
        1985 Forest Lane
        Garland, Texas 75042
        Tel: 214-736-9433
        Email: service@thewillislawgroup.com
               wclay@thewillislawgroup.com

CC:     ALL PARTIES OF RECORD