UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

ROOSEVELT ROAD RE, LTD. and
TRADESMAN PROGRAM MANAGERS, LLC,

                        **Plaintiffs,**        Case 1:24-cv-01549-NG-LB

v.

SURGICARE OF WESTSIDE, LLC; SIDDHARTHA SHARMA, DPM; SURGICORE 5TH AVENUE LLC a/k/a and b/s/a FIFTH AVENUE SURGERY CENTER, LLC; NY ORTHO, SPORTS MEDICINE & TRAUMA, P.C.; JEFFREY STONE KAPLAN, MD; MATTHEW P. GRIMM, MD; ADRIAN PUIA, RPT; JOSEPH WEINSTEIN, D.O., P.C.; JOSEPH WEINSTEIN, DO; ANDREW MEROLA, MD; KOLB RADIOLOGY P.C.; THOMAS M. KOLB, MD; LENOX HILL RADIOLOGY AND MEDICAL IMAGING ASSOCIATES, P.C.; FOGELGAREN FORMAN & BERGMAN, LLP; ERIC FOGELGAREN; JONATHAN FORMAN; ROBERT BERGMAN; GORAYEB & ASSOCIATES, PC; and CHRISTOPHER J. GORAYEB

                        **Defendants.**

**NOTICE OF PARTIAL VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs ROOSEVELT ROAD RE, LTD, and TRADESMAN PROGRAM MANAGERS, LLC hereby give notice that this action is voluntarily dismissed, with prejudice and without costs, only as to Defendant Andrew Merola, MD.

Dated: September 12, 2025

Respectfully submitted,

**THE WILLIS LAW GROUP, PLLC**

By: */s/ William J. Clay*
    **WILLIAM J. CLAY**
    **MICHAEL A. GRAVES**
    **OLIVIA KNOTT**
    **AARON E. MEYER**
    1985 Forest Lane
    Garland, Texas 75042
    Telephone:  214-736-9433
    Facsimile:  214-736-9994
    Service Email: service@thewillislawgroup.com

***ATTORNEYS FOR THE PLAINTIFFS***
ROOSEVELT ROAD RE, LTD, and
TRADESMAN PROGRAM MANAGERS, LLC

cc:    All parties via ECF